UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 06-4516 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| TOMMIE JEAN REASONER and GEORGE LEE REASONER<br>　Plaintiffs<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>　Defendants | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiffs, TOMMIE JEAN REASONER and GEORGE LEE REASONER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/30, 2009        By: _____
                          Attorneys for Plaintiffs,
                          Tommie Jean Reasoner and
                          George Lee Reasoner

DATED: December 15, 2009  By: _____
                          DLA PIPER LLP (US)
                          1251 Avenue of the Americas
                          New York, NY 10020
                          Telephone: (212) 335-4500
                          Facsimile: (212) 335-4501
                          *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010       _____
                          Hon. Charles R. Breyer
                          United States District Court